Clerk's Office
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
310 South Main Street
Post Office Box 5121
London, Kentucky 40745-5121

Eastern District of Kentucky
FILED
OCT 12 2010
AT LONDON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

Mr. Darrell Parks # 09540-007
Victorville - United States Penitentiary
Post Office Box 5300
Adelanto, California 92301

October 6, 2010

Dear Clerk's Office:

    Please accept this filings in accords with BIVINS Action and this Court Rules of Civil Procedures, as I'm seeking adjudication of this matter.

    Also, would you extend to me the courtesy of file date stamping the enclosed copy of Bivens Action suit and returning it to me in its self addressed stamped envelope.

    Finally, I would greatly appreciate it if all further communication from this Court, if you will, write or stamp on the front of the envelope "LEGAL MAIL - Open Only In The Presence Of The Inmate," as well as printing the name of the sender over the Court's address. This will ensure that I receive the Courts Orders and/or instructions in a timely manner. Thank you very much for the use of your time and consideration.

Respectfully Requested,
Mr. Darrell Parks